# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 762 MAL 2014
:
                Respondent   :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v.               :
:
:
:
RONNIE IRIZARRY,         :
:
                Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.